```
McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us.

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>    Plaintiffs,<br><br> v.<br><br>CHESTER PLUMBING & SUPPLY, INC., a California Corporation,<br><br>    Defendant. | No. C 06 2000 MEJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER**<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 17, 2006 |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, personally or by their counsel, that:

////

////

////

////

1. Plaintiffs hereby grant defendants a sixty (60) day extension of time until June 26, 2006 in which to answer the Complaint filed by plaintiffs and served on the defendant on April 5, 2006.

2. No previous extension of time has been granted. This extension is made to allow time for the parties to hopefully settle this matter.

3. The parties' last day to meet and confer, file Joint ADR Certification, or Notice of Need for ADR Phone Conference will be July 26, 2006.

4. The parties' last day to complete initial disclosures and file Rule 26(f) report is August 9, 2006.

5. The Initial Case Management Conference currently scheduled for July 13, 2006 at 1:30 P.M. be continued to sometime on or after August 17, 2006 (to be scheduled at the Court's convenience).

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

Dated: June 15, 2006       By: /s/ Lori Nord
                               LORI A. NORD
                               Attorneys for Plaintiffs

COOK BROWN, LLP

Dated: June 15, 2006       By: /s/ Brian Bertossa
                               BRIAN D. BERTOSSA
                               Attorney for Defendant

```
 1        IT IS SO ORDERED that the date for answering the complaint is
 2   extended to June 26, 2006.  The Court's Order of March 15, 2006
 3   setting Initial Case Management is vacated.  The Court will issue a
 4   new Case Management Order.
 5
 6   Dated:  _____    _____
                                        MARIA-ELENA JAMES
 7                                      United States Magistrate Judge
```

The Court shall conduct a Case Management Conference on August 17, 2006 at 10:00 a.m. The parties shall file their Joint Case Management Statement, as well as the consent/declination forms, by August 10, 2006.

Dated: June 19, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on June 16, 2006, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**STIPULATION AND EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on June 16, 2006.

By: *Diane Nakamura*
DIANE NAKAMURA

Brian D. Bertossa, Esq.
Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, CA  95814-4503