IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al., <br><br>    Plaintiff(s), <br><br>vs. <br><br>CHESTER PLUMBING & SUPPLY, INC., a California Corporation, <br><br>    Defendant(s). | No. C 06-2000 MEJ <br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES** |

On November 22, 2006, Lori Nord, counsel for the plaintiffs in this matter, filed a notice of settlement. Accordingly, the Court VACATES all pretrial and trial dates in this matter.

**IT IS SO ORDERED.**

Dated: November 27, 2006

MARIA-ELENA JAMES
United States Magistrate Judge