IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CHESTER PLUMBING & SUPPLY, INC., a California Corporation, <br><br> Defendant(s). | No. C 06-2000 MEJ <br><br> **CONDITIONAL DISMISSAL** |

On November 22, 2006, Plaintiffs in the above-captioned matter filed a notice of settlement. Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice, and the Clerk of Court shall close the file. However, if any party shall certify to the Court, within sixty days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial.

**IT IS SO ORDERED.**

Dated: January 12, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge